A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Aug 20, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Aug 05, 2010

FILED
CLERK'S OFFICE

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**FILED**

AUG 31 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**CONDITIONAL TRANSFER ORDER (CTO-31)**

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 505 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 20, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _____
          Deputy Clerk
Date 8/31/10

Case 3:10-cv-20391-DRH-PMF   Document 12   Filed 08/31/10   Page 2 of 2   Page ID #60

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                          MDL No. 2100

## SCHEDULE CTO-31 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN  3  10-2184    Chinella Hill v. McKesson Corp., et al.    10-20391-DRH-PMF
  CAN  3  10-3015    Carrie Glass v. McKesson Corp., et al.    10-20392-DRH-PMF
  CAN  3  10-3016    Marlena Grindstaff v. McKesson Corp., et al.  10-20393-DRH-PMF

COLORADO
  CO   1  10-1703    Shirley Killebrew v. Lisa Davidson, et al.   10-20394-DRH-PMF

INDIANA SOUTHERN
  INS  1  10-852     Abigail Sanchez, et al. v. Bayer Corp., et al.  10-20395-DRH-PMF

NEW JERSEY
  NJ   2  10-3348    Rebekah Schlief v. Bayer Corp., et al.    10-20396-DRH-PMF
  NJ   2  10-3349    Sharon Mott v. Bayer Corp., et al.        10-20397-DRH-PMF
  NJ   2  10-3406    Francesca Gillespie, et al. v. Bayer Corp., et al.  10-20398-DRH-PMF
  NJ   2  10-3446    Genevieve Vasquez, et al. v. Bayer Corp., et al.  10-20399-DRH-PMF
  NJ   2  10-3447    Brenda Taylor, etc. v. Bayer Corp., et al.  10-20400-DRH-PMF
  NJ   2  10-3448    Jennifer Serdiuk v. Bayer Corp., et al.   10-20401-DRH-PMF

OHIO SOUTHERN
  OHS  2  10-484     Deanna Barnhouse v. Bayer Healthcare Pharmaceuticals, Inc., et al.
                                                             10-20402-DRH-PMF